# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA DONOFRIO,**

                **Plaintiff,**

**-vs-**                                                                  **Case No. 6:07-cv-122-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Uncontested Motion to Dismiss (Doc. No. 21) filed November 26, 2007.

On December 5, 2007, the United States Magistrate Judge issued a report (Doc. No. 26) recommending that the motion be granted. The Commissioner of Social Security has no objection to the Motion. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Plaintiff's Uncontested Motion to Dismiss is GRANTED. This case is DISMISSED, with prejudice.

3. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 6th day of December, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party